**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Bonnie Jean Birr, on behalf of
herself and others similarly situated,

        Case No. 1:08cv124

      Plaintiff,

    v.                        Judge Michael R. Barrett

Amica Mutual Insurance Co.,

      Defendant.


**ORDER**

    This matter is before the Court on the Report and Recommendation ("Report") filed by Magistrate Judge Stephanie K. Bowman on March 24, 2011 (Doc. 37).  Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report in a timely manner.  *See United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).[1] No objection to the Report has been filed.

    Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, this Court finds the Report to be correct.  Accordingly, it is **ORDERED** that the Report is hereby **ADOPTED**.  As the Report recommends (Doc. 37, 11), the Report's findings are **ADOPTED**, and Plaintiff's Motion for Final Approval of Class Action Settlement and Award of Attorneys' fees (Doc 34) is **GRANTED**.

    **IT IS SO ORDERED.**

                                *s/Michael R. Barrett*
                                UNITED STATES DISTRICT JUDGE

---

[1] Notice was attached to the Report regarding objections.  (Doc. 37, 13.)